NO CV-30          RELATED DDJ

FILED

Name: Ramon Molina

Address: 12/90 Clearview DC

Victorville CA 92392

Phone: (562) 204 5712

Fax: 2-25-26

In Pro Per

2026 FEB 25 PM 5: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

rsm

BY_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Ramon Molina

Plaintiff

v.

Donald J. Trump

Defendant(s).

CASE NUMBER:

**2:26-CV-02166-RGK-E**

Civil Complaint

TITLE OF PLEADING

Your EX came to me and told me all And more I felt that bet told me what she can But I guess the wrongfery use is from you & years you send to Torcher me & Neglect me from all = you have alot to do With AI Implant huh you Erick Lee? I see you love kings Loh Faxe ones loc scarf of red ones Aztec warroes Huh but Dicy & Pat to sleep then you feel Tuff Gasses in Venf Huh I Dont Like the Human tickings Devies Judds to alot Pedo/ I Know

CV-127 (09/09)         PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

you Have SS a Judge & see what to & you use/ & told on my day, who im+ ?